GEORGE H. KING, Receiver, v. ALEX COCHRAN.

October Term, 1899.

Present : TAFT, C. J., ROWELL, TYLER, MUNSON, THOMPSON, START and
WATSON, JJ.

Opinion filed January 29, 1900.

*Action at law by a receiver—Murtey, Receiver*, v. *Allen*, 71 Vt. 377, determines
the question in this case.

ACTION OF DEBT.   Heard on demurrer to the declaration.
Caledonia County, June Term, 1899, *Thompson*, J., presiding.
Demurrer overruled *pro forma* and without hearing, and declara-
tion adjudged sufficient.   The defendant excepted.

The declaration alleged, among other things, the incorpora-
tion of the Washington Savings Bank of Seattle, under the laws
of the State of Washington, its subsequent insolvency, the due
appointment of the plaintiff as its receiver by a court of that
state, an order of said court directing the receiver to levy an
assessment against the stockholders of said bank of seventy per
cent of the par value of their stock, and the necessity and pro-
priety of the levy.

It further set out that by a law of the state of Washington
the stockholders of a bank there organized are individually re-
sponsible equally and ratably for its indebtedness to the amount
of the par value of their stock in addition to the amount invested
in their shares, and that the defendant was a stockholder of said
bank subject to assessment under said order of court and said law.

*T. J. Deavitt* and *E. H. Deavitt* for the plaintiff.

*Dunnett & Slack* for the defendant.

TAFT, C. J.   The question determinative of this cause was
decided in *Murtey, Receiver*, v. *Allen*, 71 Vt. 377, adversely to
the plaintiff.

*Judgment reversed, demurrer sustained, declaration ad-
judged insufficient, and judgment for the defendant.*